**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 15 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK SINGLETON, Individually and on Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

vs.                                                          No. 4:23-cv-562-LPR

**LIFE STRATEGIES COUNSELING, INC.**                                              **DEFENDANT**

## PLAINTIFF'S NOTICE OF RELATED CASE

Pursuant to Local Rule 40.1 and General Order 39(5), Plaintiff Derrick Singleton, by and through his attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, ("Plaintiff") files this Notice of Related Case to advise the Court of related current litigation and of directly affected non-parties. Currently, one other related lawsuit is pending with similar claims under the FLSA:

***Wihebrink v. Life Strategies Counseling, Inc.*, No. 4:21-cv-573-DPM (E.D. Ark.)**

The *Wihebrink* case and the case at hand involve plaintiffs who worked as hourly paid Mental Health Professionals for Defendant, at different periods of time, during the applicable statutory period relevant to the *Wihebrink* case. Plaintiff did not opt in to the *Wihebrink* case and the deadline for doing so has passed. Plaintiff has the same claims as the *Wihebrink* plaintiffs. All plaintiffs were subject to the same pay policies that led to the FLSA and AMWA violations which are the subject matter of these related cases. Both lawsuits seek to recover unpaid wages and overtime wages for the plaintiffs. These cases have not yet been considered for consolidation.

Respectfully submitted,

**DERRICK SINGLETON, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ Daniel Ford
Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com