IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK SINGLETON, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                No. 4:23-cv-562-DPM

**LIFE STRATEGIES COUNSELING, INC.**        **DEFENDANT**

## PLAINTIFF'S STATUS REPORT

Plaintiff Derrick Singleton, individually and on behalf of all others similarly situated, by and through his attorneys Daniel Ford and Josh Sanford of the Sanford Law Firm, PLLC, does hereby state as follows:

1. Plaintiff originally filed his Consent to Join a related case, *Wihebrink, et al. v. Life Strategies, Inc.*, 4:21-cv-573-DPM (E.D. Ark. 2021). *See Wihebrink*, ECF No. 37.

2. In light of pending motions for summary judgment and decertification in that case, Plaintiff is exercising his right to proceed individually in his own action, for the claims for which he originally joined the *Wihebrink* case.

3. Plaintiff will soon withdraw his Consent to Join in the *Wihebrink* case.

4. While Plaintiff will engage in a good faith effort to resolve his claim in the lead-up to the currently scheduled settlement conference in the *Wihebrink* case, Plaintiff wishes to remain a separate, individual case at this moment in time.

5. Plaintiff has conferred on the content of this report with counsel for the defendant in the *Wihebrink* case, who has not yet entered an appearance in this matter, and thus does not join in this report.

Respectfully submitted,

**DERRICK SINGLETON, Individually and on Behalf of all Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com