IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK SINGLETON, Individually and on**                     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                     No. 4:23-cv-562-DPM

**LIFE STRATEGIES COUNSELING, INC.**                          **DEFENDANT**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**

Plaintiff Derrick Singleton, individually and on behalf of all others similarly situated, by and through his attorneys Daniel Ford and Josh Sanford of the Sanford Law Firm, PLLC, for his Motion for Extension of Time for Service of Process for Defendants ("Motion"), states and alleges as follows:

1.    Plaintiff filed this action on 15 June. *See* ECF No. 1.

2.    Plaintiff's original deadline to serve Defendants is 13 September.

3.    Counsel for Defendant has informally agreed to accept service and the Parties are working to complete the waiver form and submit it to the Court as soon as practicable.

4.    For good cause shown, Plaintiff seeks a 7-day extension to serve process on Defendant.

5.    Plaintiff makes this request in good faith; this motion is made for good cause and not for the purpose of delay.

6.    Therefore, Plaintiff respectfully prays that this Court grant this Motion and extend Plaintiff's time to serve Defendant, up to and including 20 September.

Page 1 of 2
Derrick Singleton, et al. v. Life Strategies Counseling, Inc.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-562-DPM
Plaintiff's Motion for Extension of Time for Service of Process

Respectfully submitted,

**DERRICK SINGLETON, Individually
and on Behalf of all Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Daniel Ford*
Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel Ford, hereby certify that a true and correct copy of the foregoing was served via email on 13 September 2023 to the following attorneys:

Mark Mayfield, Esq.
WOMACK PHELPS PURYEAR MAYFIELD & MCNEIL, P.A.
301 West Washington
Jonesboro, Arkansas 72403
Telephone: (870)-932-0900
Facsimile: (870) 932-2553
mmayfield@wpmfirm.com

*/s/ Daniel Ford*
**Daniel Ford**

Page 2 of 2
Derrick Singleton, et al. v. Life Strategies Counseling, Inc.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-562-DPM
Plaintiff's Motion for Extension of Time for Service of Process