IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK SINGLETON, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                    No. 4:23-cv-562-DPM

LIFE STRATEGIES COUNSELING, INC.                DEFENDANTS

ORDER

This case is closely related to *Wihebrink v. Life Strategies Counseling, Inc.*, Case No. 4:21-cv-573-JJV (E.D. Ark.). The parties signed a consent for the case to proceed in front of Magistrate Judge Volpe, although the case was randomly assigned to Magistrate Judge Kearney. In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to United States Magistrate Judge Joe J. Volpe.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023