# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK SINGLETON, Individually and on**
**Behalf of All Others Similarly Situated**                                                **PLAINTIFF**

**v.**                                  **CASE NO. 4:23-cv-562-DPM**

**LIFE STRATEGIES COUNSELING, INC.**                                                **DEFENDANT**

## CORPORATE DISCLOSURE STATEMENT

Comes now defendant, Life Strategies Counseling, Inc., by and through its attorneys, Womack Phelps Puryear Mayfield & McNeil, P.A., and for its Corporate Disclosure Statement, states:

This defendant does not have a parent corporation, and there is no publicly held corporation which owns ten percent or more of its stock.

    Respectfully submitted,

    Mark Mayfield (93180)
    WOMACK PHELPS
    PURYEAR MAYFIELD & McNEIL, P.A.
    P.O. Box 3077
    Jonesboro, AR 72403
    Phone:  (870) 932-0900
    Facsimile:  (870) 932-2553
    mmayfield@wpmfirm.com
        *Attorneys for Separate Defendant,*
        *Life Strategies Counseling, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Josh Sanford
Mr. Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com
      *Attorneys for Plaintiff,*
      *Derrick Singleton*

                              Mark Mayfield